IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| S.W., a minor, by and through Next Friend, TAMMY WALSH, )<br>)<br>)<br>    *Plaintiff*, )<br>) Case No.   4:17-cv-01483-NCC<br>    vs. )<br>)<br>ROCKWOOD R-VI SCHOOL DISTRICT, )<br>)<br>ET AL., )<br>)<br>    *Defendants*. ) | |

## MOTION FOR APPROVAL OF SETTLEMENT OF MINOR'S CLAIM

COMES NOW Plaintiff, by and through counsel, and hereby moves for the Court's approval of the settlement of the above-captioned action. Plaintiff further states as follows:

1. S.W. is a minor child who resides with his parents in the County of St. Louis, State of Missouri.

2. Tammy Walsh is the mother of S.W. and his duly-appointed Next Friend in this action.

3. The parties have reached a negotiated settlement of Plaintiff's claims against Defendants.

4. A copy of the settlement agreement ("the Agreement") is being filed under seal as Exhibit A to this Motion.

5. The Affidavit of Ms. Walsh is being filed under seal as Exhibit B to this Motion.

6. A proposed order is being filed as Exhibit C to this Motion.

7.   The parties are aware of no liens against Plaintiff's claim or other encumbrances against the recovery to Plaintiff in this action, other than that described in the Agreement.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court review this Motion and its Exhibits and, without hearing, enter an order approving the settlement of this action as reflected in the Agreement and ordering the funds disbursed as set forth in the Agreement.

RESPECTFULLY SUBMITTED

/s/ Daniel J. Rhoads
Daniel J. Rhoads, 59590 MO
THE RHOADS FIRM, LLC
12741 St. Charles Rock Rd.
St. Louis, MO 63044
Phone: (314) 225-8848
Fax: (314) 754-9103
therhoadsfirmllc@gmail.com

*Attorney for Plaintiff*
*S.W., a minor, by and through*
*Next Friend, Tammy Walsh*

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Motion was filed electronically with the Clerk of the Court on February 12, 2018, to be served by operation of the Court's electronic filing system upon:

Lawrence Wadsack
Lashly & Baer, PC
714 Locust St.
St. Louis, MO 63101
lwadsack@lashlybaer.com
*Attorneys for Defendants*

/s/ Daniel J. Rhoads