IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| S.W., a minor, by and through<br>Next Friend, TAMMY WALSH,<br><br>*Plaintiff,*<br><br>vs.<br><br>ROCKWOOD R-VI SCHOOL DISTRICT,<br><br>ET AL.,<br><br>*Defendants.* | Case No.   4:17-cv-01483-NCC |

### ORDER APPROVING SETTLEMENT OF MINOR'S CLAIM

THE COURT has considered the Motion for Approval of Settlement of Minor's Claim, including its Exhibits A, B, and C, and hereby rules as follows:

1. This action was properly removed to this Court from the Circuit Court of St. Louis County, State of Missouri ("the State Court"), on May 10, 2017.

2. Plaintiff S.W. is a minor child who resides with his parents in the County of St. Louis, State of Missouri.

3. Tammy Walsh is the mother of S.W., who was duly appointed to be S.W.'s Next Friend in this action by the State Court on April 25, 2017, prior to removal.

4. Having been advised by counsel, the Next Friend has waived her right to a jury trial and submitted the Agreement to this Court for approval.

5. The parties represent that there are no liens against Plaintiff's claim, except as set forth in the Agreement.

6. The Court has reviewed the Agreement, which was filed under seal, and has found that its terms are fair, reasonable, and in the best interests of S.W.

IT IS SO ORDERED that the Agreement is approved, that the funds shall be disbursed as set forth in the Agreement, and that Plaintiff is to file either a stipulation for dismissal or a motion for leave to voluntarily dismiss this action within 10 days of the entry of this Order.

Dated: _____

_____
Hon. Noelle C. Collins
United States Magistrate Judge